**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE:  THE 13TH CUMBERLAND       :   No. 133 MM 2019
COUNTY INVESTIGATING GRAND JURY   :
                                  :


## ORDER


**PER CURIAM**


    **AND NOW**, this 27th day of November, 2019, the Petition to Resume Use of Indicting Grand Juries and the Application to Seal are GRANTED, and the Motion to Expedite is DISMISSED AS MOOT.